Stanley A. Zlotoff
State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA 95113

Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney for Debtors

**The following constitutes
the order of the court. Signed October 31, 2017**

*M. Elaine Hammond*

**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Chapter 13 |
| | ) |
| Gregory and Tracy Del Carlo | ) Case No.: 16-52268 MEH |
| | ) |
| | ) |
| | ) Date: October 26, 2017 |
| | ) |
| | ) Time: 9:30 a.m. |
| Debtors | ) |
| | ) |

## ORDER MODIFYING CHAPTER 13 PLAN

The Motion to Modify Plan("Motion") having been duly noticed, came on regularly for hearing on October 26, 2017, before the Honorable Elaine Hammond. Appearances were made by Stanley Zlotoff for debtors Gregory and Tracy Del Carlo, William J. Healy of Campeau Goodsell Smith for interested creditor Frank Del Carlo, and Nanette Dumas for Devin Derham-Burk, Trustee. No objections to the Motion having been made, and the Court having recited its reasoning on the record;

– 1

1          **IT IS ORDERED** that Debtors' Motion to Modify Plan filed on

2     September 28, 2017, as Docket #102 is granted.

3                              **END OF ORDER**

Case: 16-52268    Doc# 114    Filed: 10/31/17    Entered: 10/31/17 14:05:32    Page 2 of 3

COURT SERVICE LIST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case: 16-52268    Doc# 114    Filed: 10/31/17    Entered: 10/31/17 14:05:32    Page 3 of 3