UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                                Chapter 13
                                                      Case No. 14-54039 SLJ
Gregory A. Del Carlo and
Tracy L. Del Carlo,
                                                      OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
                                                      HEARING; CERTIFICATE OF SERVICE
                                                      CLAIMANT: **Louis S. Del Carlo**
Debtor(s)_____/            CLAIM NO: **13**

The Debtor object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| Louis S. Del Carlo | $99,771.00 | 12/23/2016 |
| 173 Mitchell Road | | |
| Hollister, CA  95023 | | |

The basis for the objection is that the claim attached hereto:

___  duplicates claim no. _____ filed on _____ by _____.
___  does not include a copy of the underlying judgment.
___  does not include a copy of the security agreement and evidence of perfection.
___  fails to assert grounds for priority.
___  does not include a copy of the assignment(s) upon which it is based.
___  appears to include interest or charges accrued after the filing of this case on _____.
___  is not timely filed.
_x_  is not being prosecuted by the real party in interest.  Claimant passed away on March 20, 2017, and his surviving spouse was made aware of the requirement of FRCP Rule 17(a) that a successor must be substituted in as a real party in interest(see Docket No. 29 in Adversary Proceeding No. 16-5084, Louis Del Carlo v. Gregory Del Carlo).
_____.

The Objecting Party will ask the Court to enter an Order providing that the claim is:

___  allowed as a secured claim in the amount of:       $_____.
___  allowed as an unsecured claim in the amount of:    $_____.
___  allowed as a priority claim in the amount of:      $_____.
_x_  disallowed in its entirety
___  _____.

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least ten (10) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 4/30/2018                                        /s/Stanley Zlotoff
                                                        Attorney for Debtors and Objecting Parties
DEBTOR(S') ADDRESS:                                     300 S. First St. #215
Gregory and Tracy Del Carlo                             San Jose, CA  95113
2007 Gypsy Avenue                                       Telephone: (408) 287-5087
San Martin, CA  95046

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case.  My business address is: 300 S. First Street #215, San Jose, CA 95113.  I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at San Jose, California, on the date noted below and addressed to the Claimant above, and on those listed below.  If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 4/30/2018    San Jose, California.              /s/Stanley A. Zlotoff_____
*                                                       Stanley A. Zlotoff

Peter R. Spurzem, esq.
Pipal Spurzem & Liem, LLP, 350 Fifth Street, Hollister, CA  95023

                                                                *Rev. 2/05