UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  Chapter 13
Case No. 16-52268 MEH

Gregory A. Del Carlo and
Tracy L. Del Carlo,                         AMENDED
                                            OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
                                            HEARING; CERTIFICATE OF SERVICE
                                            CLAIMANT: **Louis S. Del Carlo**

Debtor(s)_____/         CLAIM NO: **13**

The Debtor object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| Louis S. Del Carlo | $99,771.00 | 12/23/2016 |
| 173 Mitchell Road | | |
| Hollister, CA 95023 | | |

The basis for the objection is that the claim attached hereto:
\_\_\_   duplicates claim no. _____ filed on _____ by _____.
\_\_\_   does not include a copy of the underlying judgment.
\_\_\_   does not include a copy of the security agreement and evidence of perfection.
\_\_\_   fails to assert grounds for priority.
\_\_\_   does not include a copy of the assignment(s) upon which it is based.
\_\_\_   appears to include interest or charges accrued after the filing of this case on _____.
\_\_\_   is not timely filed.
\_x\_   is not being prosecuted by the real party in interest. Claimant passed away on March 20, 2017, and his surviving spouse was made aware of the requirement of FRCP Rule 17(a) that a successor must be substituted in as a real party in interest(see Docket No. 29 in Adversary Proceeding No. 16-5084, Louis Del Carlo v. Gregory Del Carlo).
_____.

The Objecting Party will ask the Court to enter an Order providing that the claim is:
\_\_\_   allowed as a secured claim in the amount of:      $_____.
\_\_\_   allowed as an unsecured claim in the amount of:   $_____.
\_\_\_   allowed as a priority claim in the amount of:     $_____.
\_x\_   disallowed in its entirety
\_\_\_   _____.

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least ten (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: 5/7/2018                                    /s/Stanley Zlotoff
                                                   Attorney for Debtors and Objecting Parties
DEBTOR(S') ADDRESS:                                300 S. First St. #215
Gregory and Tracy Del Carlo                        San Jose, CA 95113
2007 Gypsy Avenue                                  Telephone: (408) 287-5087
San Martin, CA 95046

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 300 S. First Street #215, San Jose, CA 95113. I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at San Jose, California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document   I declare, under penalty of perjury, that the foregoing is true and correct.
Dated: 5/7/2018   San Jose, California.           /s/Stanley A. Zlotoff_____
*                                                 Stanley A. Zlotoff

Peter R. Spurzem, esq.
Pipal Spurzem & Liem, LLP, 350 Fifth Street, Hollister, CA 95023

*Rev. 2/05