```
 1  DEVIN DERHAM-BURK #104353
    CHAPTER 13 STANDING TRUSTEE
 2  P O Box 50013
    San Jose, CA 95150-0013
 3
    Telephone: (408) 354-4413
 4  Facsimile:  (408) 354-5513

 5  Trustee for Debtors

 6

 7

 8                  UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5
 9

10  In re:                        )
                                  )
11  Gregory Del Carlo             )   Chapter 13
                                  )   Case No.  16-52268 MEH
12                                )
                                  )   TRUSTEE'S OBJECTION TO DEBTORS'
13  Tracy Del Carlo               )   MOTION TO MODIFY CHAPTER 13 PLAN
                                  )   AND REQUEST FOR HEARING with
14                                )   CERTIFICATE OF SERVICE
                                  )
15                                )
                                  )
16                                )
                                  )
17            Debtors             )

18

19  Devin Derham-Burk, Trustee in the above matter, hereby requests a hearing be brought before

20  the above entitled Court to determine whether or not the debtors should be allowed to modify the

21  Chapter 13 plan as requested.  The Trustee objects to the debtors' Motion to Modify Chapter 13

22  Plan filed on May 8, 2018 for the following reasons:

23       1. The Trustee avers that the debtors have improperly "amended " their Confirmed

24          Plan. It appears the debtors are attempting to modify the plan pursuant to

25          §1329(a)(4), however, the language at the top of the "Chapter 13 Plan" attached to

26          the motion only applies to a plan pre-confirmation. The Trustee requests that the

27          Modified Plan be further modified.

28       2. The modified plan is not feasible pursuant to 11 U.S.C. §1325(a)(6) because the
            //
```

Debtors are proposing to pay a total of $43,435.00 and this is not enough money to pay all filed secured, priority, administrative, and any general unsecured claims plus trustee's fees. As of the date of this objection, and based on the Trustee's review of the filed claims, the Debtors would need to pay $114,402.00.

Dated: May 29, 2018          /S/ Devin Derham-Burk

                             _____
                             Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Objection to Debtors' Motion to Modify Chapter 13 Plan by placing same in an envelope in the U.S. Mail at Los Gatos, California on May 29, 2018.

Said envelopes were addressed as follows:

| | |
|---|---|
| Gregory Del Carlo<br>Tracy Del Carlo<br>2007 Gypsy Ave<br>San Martin, CA 95046 | Stan Zlotoff Esq<br>300 S First St #215<br>San Jose, CA 95113 |

/S/ Filipa Gomes

_____

Office of Devin Derham-Burk, Trustee