DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-1345
Facsimile:   (408) 354-5513

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In Re:

GREGORY A DEL CARLO

TRACY L DEL CARLO

          Debtors

Chapter 13

Case No. 16-52268 MEH

**WITHDRAWAL OF TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO MODIFY PLAN AND NOTICE OF HEARING ON DEBTORS' MOTION TO MODIFY PLAN AND TRUSTEE'S OBJECTION THERETO  WITH CERTIFICATE OF SERVICE**

DEVIN DERHAM-BURK, Trustee in the above entitled matter hereby withdraws the Trustee's Objection To Debtors' Motion To Modify Plan And Notice Of Hearing On Debtors' Motion To Modify Plan And Trustee's Objection Thereto (Docket Number 175 and 176) filed on November 24, 2021,  for the following reason:

Debtors have paid off chapter 13 plan in full.

Dated:  March 23, 2022

/s/  DEVIN DERHAM-BURK
Chapter 13 Standing Trustee

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 105 Cooper Ct., Los Gatos, CA 95032. I served a copy of the within Withdrawal of Trustee's Objection To Debtors' Motion To Modify Plan And Notice Of Hearing On Debtors' Motion To Modify Plan And Trustee's Objection Thereto by placing same in an envelope in the U.S. Mail at Los Gatos, California on March 23, 2022. Said envelopes were addressed as follows:

GREGORY A DEL CARLO
TRACY L DEL CARLO
2007 GYPSY AVE
SAN MARTIN, CA 95046-9622

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

Dated: March 23, 2022

/s/ Nanette Dumas
Office of DEVIN DERHAM-BURK
Chapter 13 Standing Trustee